IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROBERT J. LONGO | : | |
| RUTH E. LONGO | : | |
| DEBTORS | : | NO. 5-17-02813 |

| | | |
|---|---|---|
| CHARLES J. DEHART, III | : | |
| Movant(s) | : | |
| vs. | : | |
| | : | |
| ROBERT J. LONGO | : | |
| RUTH E. LONGO | : | |
| Respondent(s) | : | |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE**

**AND NOW COMES,** ROBERT J. LONGO AND RUTH E. LONGO, Debtors, by and through his attorney, Kimberly D. Martin, and files this Objection as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. By way of further answer, Debtors are in the process of compiling information necessary for their plan. Debtors do not want their bankruptcy case dismissed. Debtosr will file an amended plan prior to the hearing.

**WHEREFORE,** ROBERT J. LONGO AND RUTH E. LONGO, Debtors, respectfully requests this Honorable Court to not dismiss their case.

Dated: 11/13/2017                    Respectfully Submitted,

_____/s/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
kmartin@martin-law.net