```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 17-02813-JJT
Robert J. Longo                                                Chapter 13
Ruth E. Longo
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman          Page 1 of 2         Date Rcvd: Dec 01, 2017
                           Form ID: ntnew341        Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb        +Robert J. Longo,    Ruth E. Longo,    106 Hyland Drive,    East Stroudsburg, PA 18301-6734
4942577      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
4942579      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
4942581       +CBNA/Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
4942580      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
4942582       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4942584       +Comenity Bank/Justice,    PO Box 182789,    Columbus, OH 43218-2789
4942585       +Comenity Bank/NWYRK and Co,    PO Box 182789,    Columbus, OH 43218-2789
4942586       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4942587       +Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
4942590       +FIRST PREMIER,    3820 N LOUISE AVE.,    Sioux Falls, SD 57107-0145
4942593       +Lehigh Valley Hospital,    P.O. Box 689,    Allentown, PA 18105-1556
4942597        Nationstar Mortgage Ll,    Po Box 199111,    Dallas, TX 75235
4942598       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4942599        Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4942602       +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
4942603       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
4942609       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
4942610       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
4942611        Trans-Continental Credit & Coll,    PO Box 5055,    White Plains, NY 10602-5055
4942612       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4942576       +E-mail/Text: banko@berkscredit.com Dec 01 2017 18:59:41      Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
4942583        E-mail/Text: msanchez@coordinatedhealth.com Dec 01 2017 18:59:50
                CHS Professional Practice PC,    2775 Schoenersville Rd.,    Bethlehem, PA 18017-7307
4942588       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 01 2017 19:02:40      Creditonebnk,
                PO Box 98872,    Las Vegas, NV 89193-8872
4942589       +E-mail/Text: bknotice@erccollections.com Dec 01 2017 18:59:48      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4942591       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 01 2017 18:59:39      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4942592       +E-mail/Text: collections@lascolinasfcu.com Dec 01 2017 18:59:52      Las Colinas Fed Cr Uni,
                555 Cimarron Trl,    Irving, TX 75063-4538
4942594       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2017 19:03:01      Lvnv Funding,
                PO Box 10497 MS 576,    Greenville, SC 29603-0497
4942595       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2017 19:03:00      Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
4942596        E-mail/Text: camanagement@mtb.com Dec 01 2017 18:59:42       M & T Bank,    Po Box 7678,
                Buffalo, NY 14240
4942600        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 19:02:53        PORTFOLIO RC,
                120 Corporate Blvd Suite 100,    Norfolk, VA 23502
4943066       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 19:02:43
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4942601       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 19:03:04
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4987846        E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 18:59:43
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4942605       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 19:02:57      Syncb/Gap,    PO Box 965005,
                Orlando, FL 32896-5005
4942608       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 19:02:47      Syncb/Paypalsmartconn,
                PO Box 965005,    Orlando, FL 32896-5005
4942604       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 19:02:37      Syncb/amazon,    Po Box 965015,
                Orlando, FL 32896-5015
4942606        E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 19:02:47      Syncb/jcp,    PO Box 965007,
                Orlando, FL 32896-5007
4942607       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 19:02:47      Syncb/lowes,    Po Box 965005,
                Orlando, FL 32896-5005
4942613       +E-mail/Text: WFB.Bankruptcy@cabelas.com Dec 01 2017 19:00:04      Worlds Foremost Bank N,
                4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4942578          Capital One
```

```
District/off: 0314-5          User: REshelman         Page 2 of 2          Date Rcvd: Dec 01, 2017
                              Form ID: ntnew341       Total Noticed: 40
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Robert J. Longo jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
           91@notify.bestcase.com
          John J. Martin    on behalf of Debtor 2 Ruth E. Longo jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
           91@notify.bestcase.com
          Kimberly D Martin    on behalf of Debtor 1 Robert J. Longo kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          Kimberly D Martin    on behalf of Debtor 2 Ruth E. Longo kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 7
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert J. Longo
Ruth E. Longo

Chapter 13

Case No. 5:17−bk−02813−JJT

Debtor(s)

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: January 22, 2018 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 1, 2017