In re:
Robert J. Longo
Ruth E. Longo
         Debtors

Case No. 17-02813-JJT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Dec 05, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db/jdb          +Robert J. Longo,    Ruth E. Longo,    106 Hyland Drive,    East Stroudsburg, PA 18301-6734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                      Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Robert J. Longo jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
           91@notify.bestcase.com
          John J. Martin    on behalf of Debtor 2 Ruth E. Longo jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
           91@notify.bestcase.com
          Kimberly D Martin    on behalf of Debtor 1 Robert J. Longo kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          Kimberly D Martin    on behalf of Debtor 2 Ruth E. Longo kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT J. LONGO | : | |
| RUTH E. LONGO | : | |
| DEBTORS | : | NO. 5-17-02813 |

**ORDER GRANTING MOTION TO CONVERT DEBTORS' CHAPTER 13
BANKRUPTCY CASE TO CHAPTER 7**

Upon consideration of the foregoing Motion and after Notice, an opportunity to be heard and good cause having been shown, it is

**ORDERED**, that the above captioned Motion by Debtors to Convert to Chapter 7 Bankruptcy is hereby GRANTED.

Dated: December 5, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)