IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE:                             :      Chapter: 7

ROBERT J. LONGO            :

RUTH E. LONGO              :

                                :

                                :      BANKRUPTCY NO: 5:17-02813-JJT

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

**Kohl's**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

  3. Debtor may have scheduled account as: Kohl's.

By: /s/ Deachu Ponnappa

          Deachu Ponnappa, Claims Administrator
          Becket & Lee LLP
          POB 3001
          Malvern, PA 19355-0701

          Date:    01/02/2018